FILED
CLERK, U.S. DISTRICT COURT
JUL 20 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>*Johnnie Thomas*<br><br>Defendant. | Case No.: **CR04-0030-GHK**<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1))<br><br>*failure to appear in a case with* |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __*Central*__ District of __*California*__ for alleged violation(s) of the terms and conditions of ~~probation or~~ supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X) information in the Pretrial Services Report and Recommendation

    (X) information in the *bench warrant* ~~violation petition and report(s)~~

    (X) the defendant's nonobjection to detention at this time

    ( ) other: _____

1     and/ or

2 B. (X)     The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)     information in the Pretrial Services Report and Recommendation

    (X)     information in the ~~violation petition and report(s)~~ bench warrant

    (X)     the defendant's nonobjection to detention at this time

    ( )     other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 19, 2016

_____
SHERI PYM
United States Magistrate Judge